UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

Case No.: 0:19-cv-62732-DPG

PATRICIA KENNEDY,

    Plaintiff,

v.

NISHA INC., D/B/A LAKE IDA
BEACH RESORT,

    Defendant.

_____/

### ORDER GRANTING DEFENDANT'S MOTION FOR EXTENSION OF TIME

**THIS MATTER** is before the Court on Defendant's Motion to extend the time to respond to the Plaintiff's Complaint. The Court, having reviewed the file and being fully advised in the premises, finds that there is good cause to grant the relief requested in the Motion. It is therefore,

**ORDERED** that the Motion is granted. The Defendant shall have an enlargement of time up to and including January 8, 2020 to respond to Plaintiff's Complaint.

**DONE AND ORDERED** this ___ day of December 2019, in Chambers of the United States District Court for the Southern District of Florida, Ft. Lauderdale Division.

                                                                                                                         United States District Judge

cc: Counsel of Record